UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00296-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEREK GRIFFIS,<br>Defendant | ORDER TO SEAL |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal Docket Entry No. 43. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the __6__ day of April, 2018.

_____
THE HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT COURT JUDGE