UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Derek Louis Griffis                               Docket No. 5:16-CR-296-1D

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derek Louis Griffis, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 11, 2018, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Derek Louis Griffis was released from custody on January 18, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** While meeting with the probation officer for the first time on January 22, 2019, the defendant reported that while in custody, he was treated for anxiety, and while at the halfway house, he met with a doctor for treatment of the same. The defendant requested permission to continue to receive assistance in dealing with anxiety. As a result, it is recommended the defendant's conditions of supervised release be modified to include participation in a program of mental health treatment, as directed by the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: January 22, 2019 |

## ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge