IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-296-D-1
5:20-CR-539-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEREK LOUIS GRIFFIS | ) | |

This matter comes now before the Court on motion of the Defendant, by and through Counsel, on a Motion to Seal Docket Entry 92 filed on June 16, 2022.

For good cause shown, and for the reasons stated in the motion, the Court hereby GRANTS the Defendant's motion and ORDERS Docket Entry 92 sealed until further order of this Court.

IT IS SO ORDERED. This the 21 day of June 2022.

James C. Dever III
U.S. District Judge